IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| **UNITED STATES** * | | |
| **Plaintiff** * | | |
| * | Crim. No. | 25-421-001 (SCC) |
| **v.** * | | 19-163-001 (PAD) |
| * | | |
| **YANCARLO TAVERA-ULLOA** * | | |
| **Defendant** * | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DEFENDANT YANCARLO TAVERA-ULLOA'S MOTION FOR LEAVE TO CONSOLIDATE CRIMINAL CASES

**TO THE HONORABLE COURT:**

**COMES NOW,** defendant Yancarlo Tavera-Ulloa, through undersigned counsel and hereby very respectfully STATES and PRAYS as follows:

1.　That the defendant is presently facing two criminal federal cases, to wit: Crim. No. 25-421-001 (SCC) and 19-163-001 (PAD), which involved a new indictment and a revocation proceeding.

2.　That the parties in the new criminal case have begun to exchange evidence and initiated plea negotiations.

3.　That the defendant believes that it would be best to consolidate both proceedings and for the revocation hearing to be held after the conclusion of the second criminal case.

4.　That the parties understand that for the sake of judicial economy and to safeguard other valuable judicial resources, these two criminal cases should be consolidated.

5.　That the instant motion will be filed in both criminal cases and the defense understands that it would be best for the revocation proceedings to be postponed until the second

criminal case ends.  This means that the defense very respectfully moves for the revocation pending case to be transferred to the second criminal case.

6. That the fair administration of justice demands te consolidation of these two criminal cases.

**WHEREFORE**, it is hereby very respectfully for this Honorable Court to grant leave to consolidate Crim. Nos. 25-421-001 (SCC) and 19-163-001 (PAD) forthwith and for the revocation case under Crim. No. 19-163-001(PAD) to be transferred to Crim. No. 25-421-001 (SCC) to safeguard judicial resources and time.

**RESPECTFULLY SUBMITTED.**

**CERTIFICATE OF SERVICE:**     We hereby certify that on today's date, we electronically filed the foregoing with the Clerk's of the Court using the CM/ECF system which will automatically send notification of such filing to all the parties of record and interest.

At San Juan, Puerto Rico, this 26th day of October, 2025.

/s/ **Johnny Rivera-González**
Johnny Rivera-González, Esq.
U.S.D.C. - P.R. Bar No. 207710
P.O. Box 192397
San Juan, P.R. 00919
Tel. No. (787) 470-4986
E-Mail: *Goodjrg@gmail.com*