### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES** \* | |
| **Plaintiff** \* | |
| \* | Crim. No.   25-421-001 (SCC) |
| **v.** \* | |
| \* | |
| **YANCARLO TAVERA-ULLOA** \* | |
| **Defendant** \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DEFENDANT YANCARLO TAVERA-ULLOA'S MOTION FOR LEAVE TO CONSOLIDATE CRIMINAL CASES

**TO THE HONORABLE COURT:**

**COMES NOW,** defendant Yancarlo Tavera-Ulloa, through undersigned counsel and hereby very respectfully STATES and PRAYS as follows:

1. A status conference was set for October 31st, 2025, at 9:45 a.m. (DE 9).

2. That this same day, the undersigned counsel will be participating in a state parole hearing in the case of Material Witness Jose Medina-Rios, Crim. No. 15-mj-817, who has been in federal custody nearly 10 years. Therefore, this defense counsel very respectfully moves this Honorable Court to briefly continue this hearing after 2:00 p.m. for the same day.

**WHEREFORE**, it is hereby very respectfully for this Honorable Court to briefly re-schedule the status conference set for October 31st, 2025, after 2:00 p.m.

**RESPECTFULLY SUBMITTED.**

**CERTIFICATE OF SERVICE:** We hereby certify that on today's date, we electronically filed the foregoing with the Clerk's of the Court using the CM/ECF system which will automatically send notification of such filing to all the parties of record and interest.

At San Juan, Puerto Rico, this 26th day of October, 2025.

/s/ **Johnny Rivera-González**
Johnny Rivera-González, Esq.
U.S.D.C. - P.R. Bar No. 207710
P.O. Box 192397
San Juan, P.R. 00919
Tel. No. (787) 470-4986
E-Mail: *Goodjrg@gmail.com*