# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff,

v.

YANCARLO TAVERA-ULLOA,
Defendant,

CRIMINAL NO. 25-421 (SCC)

## JOINT STATUS REPORT
## REGARDING STATUS OF THE CASE

**TO THE HONORABLE COURT:**

**COMES NOW** Defendant, Yancarlo Tavera-Ulloa, represented by counsel Johnny Rivera-González, Esq., and the United States of America, through the undersigned attorney who respectfully request, state, pray and allege as follows:

1. On February 19, 2026, the Court ordered the parties to submit a joint status report by March 20, 2026. *See* ECF No. 21.

2. The undersigned attorneys both inadvertently missed the Court's deadline, erroneously believing it was set for a later date, and respectfully ask for the Court's indulgence.

3. The parties have continued to engage in plea negotiations and seek to reach an agreement to cover both the instant case, Crim. No. **25-421 (SCC)**, and the revocation proceeding in Crim. No. **19-163 (SCC)**, but additional time is needed to finalize the agreement.

**WHEREFORE**, the parties respectfully request that the Honorable Court take note of

the above joint status report and schedule a further status conference to be held in forty-five (45) days.

**RESPECTFULLY SUBMITTED.**

At San Juan, Puerto Rico, this 13th day of May, 2026.

| | |
|---|---|
| W. STEPHEN MULDROW | JOHNY RIVERA-GONZÁLEZ, ESQ. |
| United States Attorney | CJA Appointed Counsel |
| | |
| */s/ Steven Liong-Rodríguez* | */s/ Johnny Rivera-González* |
| **Steven Liong-Rodríguez** | **Johnny Rivera-González** |
| Special Assistant United States Attorney | P.O. Box 192397 |
| USDC No. 303011 | San Juan, PR 00919-2397 |
| United States Attorney's Office | 787-470-4986 |
| Torre Chardón, Suite 1201 | Fax: 787-763-1638 |
| 350 Carlos Chardón Ave. San Juan, PR 00918 | Email: goodjrg@gmail.com |
| Tel. (787) 282-1850 | |
| steven.liong-rodriguez@usdoj.gov | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

*s/ Steven Liong-Rodriguez*
**Steven Liong-Rodriguez**
Special Assistant U.S. Attorney